**FILED**

MICHAEL BLACK
4397 N. Valentine Ave.
Fresno, CA 93722

MAY 09 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1:24-CV-00550 -EPG

Plaintiff,

UNITED STATES

DISTRICT COURT

EASTERN DISTRICT

vs.

DENNIS DE ROSE

MONEY SAVER BOOKS

220 WATKINS AVENUE

MIDDLETOWN, NY  10940-4419

CIVIL COMPLAINT FOR

COPYRIGHT VIOLATION

FRAUD

MAIL FRAUD

Defendant

Plaintiff request trial by jury

April 15, 2024

MAIL FRAUD - 1

1. Plaintiff Michael Black is a United States citizen residing 4397 N Valentine Avenue, Fresno, CA 93722

2. Defendant Dennis De Rose is a principal of Money Saver Books, 220 Watkins Avenue, Middletown, NY  10940-4419, in the United States of America.

3. Jurisdiction is proper in this Court under 28 U.S.C. § 1331 as this action arises when Dennis De Rose violated the plaintiffs copyright by selling a used copyrighted item as new and delivered it through the United States Postal Service.

4. Venue is proper in this district under 28 U.S.C. § 1391(b) because the unlawful conduct giving rise to this Complaint was detected when the plaintiff opened mail in Fresno, California and found the copyright material enclosed. Fresno, CA is in the Eastern District of the United States Court.

5. First cause of Action: Copyright Infringement. On January 8, 2024, the Plaintiff went online and found Dennis De Rose of Money Saver Books was offering for sale a new copy of The Dream Merchant by Michael Black ISBN # 0-9748115-0-5.  The Plaintiff purchased from the Defendant a copy of the book subsequently delivered by the United States Postal Service from New York to California. The plaintiff being the copyright owner and having custody of the only inventory of new books for sale identified the Copyright Infringement when he opened the parcel sent by the defendant and found a copy of The Dream Merchant by Michael Black ISBN # 0-9748115-0-5 enclosed.

MAIL FRAUD - 2

6.  Second cause of action: Fraud, The defendant did intentionally misrepresent the condition and quality of the book to command a higher price than a used book would be worth committing fraudulent misrepresentation.

7.  Third cause of action: Mail Fraud, The defendant did mail the copyrighted book from New York to California in the act of committing a fraudulent act.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

- For copyright infringement: statutory damages, attorneys' fees

- For fraud: the statutory penalty applying the False Claims Act

-For mail fraud: the statutory penalty

- Plaintiff's costs in this suit; and

- Any other relief deemed appropriate by this Court or jury

DATED        April 15, 2024

Respectfully submitted,

Michael Gene Black

4397 N Valentine Avenue

Fresno, Ca.  93722

559-201-3620

michaelmblack@comcast.net

MAIL FRAUD - 3