UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLACK,<br><br>            Plaintiff,<br><br>     v.<br><br>DENNIS DE ROSE,<br><br>            Defendant. | Case No.  1:24-cv-00550-EPG<br><br>ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT AND DENYING MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS<br><br>(ECF Nos. 9, 10) |

Both parties are proceeding *pro se* in this civil action that, in part, alleges copyright infringement. On July 29, 2024, Defendant Dennis De Rose filed two motions: (1) a motion for an extension of time to respond to the complaint; and (2) a motion for permission to file documents electronically. (ECF Nos. 9, 10). For the reasons explained below, the Court will grant Defendant an extension of time to respond to the complaint and deny Defendant permission to electronically file documents.

Defendant seeks a 60-day extension to respond to the complaint (the second such request), asserting that Defendant has never been sued before and is consulting with an attorney who may be able to help. (ECF No. 9). Given these representations, the Court will grant Defendant an

1  extension as specified below, but because this is the second time that the Court is extending the
2  deadline, Defendant is advised that future extension requests are disfavored.

3  Defendant also moves for permission to file documents electronically, stating that this will
4  help Defendant timely respond to the complaint and ensure that nothing is lost in the mail. (ECF
5  No. 10).

6  Under the Court's Local Rules, *pro se* parties are required to "file and serve paper
7  documents" and "may not utilize electronic filing except with the permission of the assigned
8  Judge or Magistrate Judge." Local Rule 133(b)(2) (emphasis omitted). Any request for an
9  exception to this rule must be submitted as a stipulation between the parties or a "written motion[
10 ] setting out an explanation of reasons for the exception." Local Rule 133(b)(3). It is within the
11 Court's discretion to grant or deny such a request. *Reddy v. Precyse Solutions LLC*, 2013 WL
12 2603413, at *3 (E.D. Cal. June 11, 2013).

13 Defendant has not provided a sufficient explanation to deviate from the rule that *pro se*
14 parties must file documents conventionally and may not utilize electronic filing. Notably, the
15 Court is granting Defendant an extension to respond to the complaint, which should mitigate any
16 concerns about timely filing the response. While the Court understands that it may be less
17 convenient to mail the Court filings, this alone does not justify granting Defendant permission to
18 file electronically.

19 Accordingly, IT IS ORDERED as follows:
20 1. Defendant's motion for extension of time is granted. (ECF No. 9). Defendant shall file a
21    response to the complaint by no later than October 2, 2024.
22 2. Given this extension of time, the August 15, 2024 scheduling conference is continued to
23    November 12, 2024, at 10:30 a.m. The parties are reminded to file a joint scheduling
24    report one week before the conference. The parties are permitted to appear telephonically
25    and may do so by dialing 1-888-251-2909 and entering access code 1024453.
26 \\\
27 \\\
28 \\\

3.  Defendant's motion to electronically file documents is denied. (ECF No. 10).

IT IS SO ORDERED.

Dated:  **July 30, 2024**                       /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

3