UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLACK,<br><br>      Plaintiff,<br><br>   v.<br><br>DENNIS DE ROSE,<br><br>      Defendant. | Case No. 1:24-cv-00550-EPG (PC)<br><br>ORDER DIRECTING DEFENDANT TO SERVE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF AND TO FILE CERTIFICATE OF SERVICE WITH THE COURT<br><br>(ECF No. 12) |

On May 9, 2024, Plaintiff Michael Black, proceeding *pro se*, filed the complaint commencing this copyright action. (ECF No. 1). Plaintiff claims that Defendant Dennis De Rose infringed upon Plaintiff's copyright by offering for sale a new copy of Plaintiff's book and additionally brings claims for fraudulent misrepresentation and mail fraud. (*Id.* at 2-3). On September 30, 2024, Defendant filed a motion for summary judgment. (ECF No. 12).

Defendant's motion did not include a certificate of service upon Plaintiff. As both parties in this case are proceeding *pro se*, neither party has access to the Court's electronic filing system. Federal Rule of Civil Procedure 5(a)(1) requires pleadings and motions filed after the original complaint to be served upon all parties, and Rule 5(d)(1)(B)(i) requires a certificate of service to be filed. Additionally, pursuant to the Court's Informational Order issued on May 10, 2024,

> After any defendants have appeared in an action by filing a pleading responsive to the complaint (i.e., an answer or motion to dismiss), all documents filed with the Court must include a certificate of service stating that a copy of the document was served on the opposing party. *See* Local Rule 135; Fed. R. Civ. P.

1

5. **A document submitted without the required proof of service will be stricken**.

ECF No. 3-3 at 3. Accordingly, Defendant is directed to serve upon Plaintiff a copy of the "motion for summary judgment" and to file a certificate of service with the Court.

Accordingly, based on the foregoing, IT IS ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 5, Defendant shall serve upon Plaintiff the "motion for summary judgment" filed September 30, 2024, and shall file a certificate of service with the Court indicating Plaintiff has been served by no later than 21 days of the service of this order upon Defendant.
2. The time for Plaintiff to file an opposition to Defendant's motion shall not start to run until the date the certificate of service is filed with the Court.

IT IS SO ORDERED.

Dated:  **October 7, 2024**                  /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE