UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLACK,<br><br>             Plaintiff,<br><br>   v.<br><br>DENNIS DE ROSE,<br><br>             Defendant. | Case No.   1:24-cv-00550-KES-EPG<br><br>ORDER FOR BOTH PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO ATTEND THE INITIAL SCHEDULING CONFERENCE ON NOVEMBER 12, 2024<br><br>(ECF Nos. 3, 11, 20) |

Plaintiff Michael Black, proceeding *pro se*, brings claims of copyright infringement, fraudulent misrepresentation, and mail fraud against Defendant Dennis De Rose, also proceeding *pro se*.

This matter was scheduled for an initial scheduling conference on August 15, 2024, at 10:30 a.m. (ECF No. 3). Ahead of the conference, Defendant filed a motion for an extension of time to file a response to Plaintiff's complaint. (ECF No. 9). The Court granted the motion and continued the scheduling conference to November 12, 2024, at 10:30 a.m. (ECF No. 11). Defendant filed a joint scheduling report on November 4, 2024, which noted the correct date and time of the conference. (ECF No. 17).

On November 13, 2023, the Court attempted to hold the conference at 10:30 a.m. (ECF No. 20). The Court and its staff were present. The Court waited briefly for the parties to appear, but neither party attended the conference either telephonically or in-person.

Given these circumstances, IT IS ORDERED as follows:

1

1. Within **fourteen (14) days** of the date of service of this order, Plaintiff and Defendant shall each file a written response to show cause why sanctions should not issue for their failure to attend the initial scheduling conference as required by the Court's orders. (ECF Nos. 3, 11).
2. After reviewing the parties' responses, the Court will consider whether sanctions are appropriate and determine whether to reschedule the initial scheduling conference.

IT IS SO ORDERED.

Dated:   **November 18, 2024**                     /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE